# EXHIBIT A

| | | | | **ARCHITECTURAL BARRIERS LIST (ABL)** | | Surveyor: Kenneth Arrington CASp #628 | | | **BARRIER REVIEW PHASE -** Enter appropriate responses in all cells in the two columns below. | | | **BARRIER REMOVAL PHASE -** Enter appropriate responses in all cells in all three columns below. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Name: Public Storage<br>Attn: Manning Law Offices | | Survey Date: 9/10/2019 | | | | | | | | |
| | | | | Address: 11200 West Pico Blvd., Los Angeles, CA. | | *This determination did not include an assessment of Readily Achievable Barrier Removal. A review of the Business financials should be performed to assess what items may, or may not, be readily achievable. Property Owner shall provide me a schedule when Barriers will be removed for a follow-up inspection for certification. | | | | | | | | |
| 00001 | Exterior | Accessible Parking | 11B-502.8.2 | TOW AWAY SIGNAGE HAS BEEN PROVIDED SINCE LAST INSPECTION, HOWEVER THE PROPER INFORMATION FOR WHERE TO RECLAIM VEHICLE AND TELEPHONE # IS NOT A PERMANENT PART OF THE SIGN. | | Provide a new sign(s) at entry to parking facility or immediately adjacent to and visible from accessible spaces: Size required to be 17" minimum x 22" minimum with 1" high minimum letters reading: "Unauthorized vehicles parked in designated accessible spaces not displaying distinguishing placards or special license plates issued for persons with disabilities will be towed away at the owner's expense. Towed vehicles may be reclaimed at _____ or by telephoning _____." | Below is the full code citation with the requirement for the appropriate information being required as a permanent part of the sign. 11B-502.8.2 Lettering. The additional sign shall clearly state in letters with a minimum height of 1 inch the following: "Unauthorized" vehicles parked in designated accessible spaces not displaying distinguishing placards or special license plates issued for persons with disabilities will be towed away at the owner's expense. Towed vehicles may be reclaimed at: _____ or by telephoning _____." **Blank spaces shall be filled in with appropriate information as a permanent part of the sign.** | 2, 3, 4 | | | | | | |
| 00002 | Exterior | Van Accessible Space | 4.6.3, 4.1.2(5)(b), A4.6.3<br>CA11B-502.1, CA11B-502.2, CA11B-502.3.1<br>502.1, 502.2, 502.3.1 | VAN ACCESSIBLE SPACE: **ONLY 103 1/4" WIDE**, 96 1/4" WIDE ACCESS AISLE.<br><br>Van accessible parking space is less than 144" and/or access aisle is less than 60" wide (or the van accessible space **is less than 108" wide when a 96" minimum access aisle is provided**): | | Re-stripe existing parking spaces as necessary to provide 144" minimum width van parking space and a 60" minimum width access aisle. If re-striping reduces the total number of parking spaces, check zoning ordinance or other regulations for compliance with minimum requirements. When space and access aisle is restriped, ensure that the ISA pavement signage and the "NO PARKING" sign in the acces aisle are compliant. Outline access aisle in blue (no specific color specified) and paint hatching a contrasting color from the parking space (white or blue is preferred) at 36" on center. Include the words "No Parking" with 12" minimum high letters on the pavement per Title 24. Space should be at least 216" (18') long for compliant depth. | The Van Accessible Space has actually been reduced in width since the corrective was performed. Original width measured 107" in width.<br><br>*PLEASE NOTE: This item is easily corrected by removing the striping provided on the left side of the aisle, and restriping a single blue line seperating the Van Accessible space and the adjacent standard space. The single blue line would need to be shifted a minimum of 5" to the left. Vehicle Spaces and the aisle are measured centerline to centerline.* | 77, 78, 79, 80, 81, 102, 103, 104, 105 | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00003 | Exterior | Standard Accessible Space | 4.6.3, 4.1.2(5)(b), A4.6.3 CA11B-502.1, CA11B-502.2, CA11B-502.3.1 502.1, 502.2, 502.3.1 | **STANDARD ACCESSIBLE SPACE: ONLY 103 1/4" WIDE**, 96 1/4" WIDE SHARED ACCESS AISLE.<br><br>Van accessible parking space is less than 144" and/or access aisle is less than 60" wide (or the van accessible space **is less than 108" wide** when a 96" minimum access aisle is provided): | Re-stripe existing parking spaces as necessary to provide 144" minimum width van parking space and a 60" minimum width access aisle. If re-striping reduces the total number of parking spaces, check zoning ordinance or other regulations for compliance with minimum requirements. When space and access aisle is restriped, ensure that the ISA pavement signage and the "NO PARKING" sign in the acces aisle are compliant. Outline access aisle in blue (no specific color specified) and paint hatching a contrasting color from the parking space (white or blue is preferred) at 36" on center. Include the words "No Parking" with 12" minimum high letters on the pavement per Title 24. Space should be at least 216" (18') long for compliant depth. | The Standard Accessible Space has actually been reduced in width since the corrective work was performed. Original width measured 104 1/2" in width.<br><br>*PLEASE NOTE: This item is easily corrected by removing the striping provided on the right side of the aisle, and restriping a single blue line seperating the Accessible space and the adjacent standard space. The single blue line would need to be shifted a minimum of 5" to the right. Vehicle Spaces and the aisle are measured centerline to centerline.* | 138, 139, 140, 141, 102, 103, 104, 105 | | | | | |