EXHIBIT B

























17



18



19



20







29



30



31



32





37



38



39



40



41



42



43



44





49



50



51



52



53



54



55



56



57



58



59



60



61



62



63



64





69



70



71



72

















89



90



91



92











109

110

111

112



113



114



115



116



117



118



119



120



121



122



123



124



125



126



127



128



133



134



135



136





141

142

143

144







149



150



151



152



153



154



155



156



157

159



158

160

161

162



163



164



165



166



167



168



169

170

171

172



173



174



175